

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| KAY KHAING SOE | 3-26CR-096 S |

### INDICTMENT

The Grand Jury charges:

Count One
Assault on a Federal Officer
(Violation of 18 U.S.C. §§ 111(a)(1) and 1114)

On or about January 30, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Kay Khaing Soe**, did knowingly and intentionally forcibly assault, resist, oppose, impede, and interfere with a person designated in 18 U.S.C. § 1114, namely, C.S., a LaSalle Corrections Employee, while C.S. was engaged in, and on account of, the performance of his official duties, which included assisting officers and employees of the United States and of any agency in any branch of the United States Government, namely, officers and employees of the Immigration and Customs Enforcement, an agency within the Executive Branch of the United States Government, in the performance of their official duties.

In violation of 18 U.S.C. §§ 111(a)(1) and 1114.

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
LUIS A. SUAREZ
Assistant United States Attorney
Texas Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel:   214-659-8600
Fax:   214-659-8812
Email: Luis.Suarez@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

KAY KHAING SOE

INDICTMENT

18 U.S.C. §§ 111(a)(1) and 1114
Assault on a Federal Officer
(Count 1)

1 Count

A true bill rendered

---

DALLAS                                                                   FOREPERSON

Filed in open court this 4 day of March, 2026.

---

**Warrant to be Issued - In ICE Custody**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending