IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAY KHAING SOE | NO.  3:26-CR-00096-S |

## MOTION FOR DETENTION AND CONTINUANCE

The United States moves for detention of defendant, **Kay Khaing Soe**, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death;

    \_\_\_\_\_ 10 + year drug offense;

    \_\_\_\_\_ Felony, with two prior convictions in above categories;

      X    Serious risk defendant will flee;

    \_\_\_\_\_ Serious risk obstruction of justice;

    \_\_\_\_\_ Felony involving a minor victim;

    \_\_\_\_ Felony involving a firearm, destructive device, or any other

       dangerous weapon; or

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250).

2. Reason for Detention.   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

**Motion for Detention - Page 1**

    __X__ Defendant's appearance as required; or

    ____ Safety of any other person and the community.

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

    _____ Probable cause to believe defendant committed 10+ year drug; offense or firearms offense, 18 U.S.C.§ 924(c);

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251;

    _____ Previous conviction for "eligible" offense committed while on pretrial bond; or

    ____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    __ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

>Respectfully submitted,
>
>RYAN RAYBOULD
>UNITED STATES ATTORNEY
>
>/s/ *Luis A. Suarez*
>LUIS A. SUAREZ
>Assistant United States Attorney
>Texas Bar Number 24117110
>1100 Commerce Street, Suite 300
>Dallas, Texas 75242
>Telephone: (214) 659-8600
>Facsimile: (214) 659-8805
>Luis.Suarez4@usdoj.gov

## CERTIFICATE OF NON-SERVICE

I hereby certify that a true and correct copy of this document was filed via the Court's CM/ECF System on this 5th day of March 2026.

>/s/ *Luis A. Suarez*
>LUIS A. SUAREZ
>Assistant United States Attorney

**Motion for Detention - Page 3**